NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Law Offices of Dale K. Galipo
Dale K. Galipo; Hang D. Le
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
(818) 347-3333

ATTORNEY(S) FOR: Vladimir Tsipursky and Inna Tsipursky

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vladimir Tsipursky; and Inna Tsipursky<br><br>Plaintiff(s),<br>v.<br>City of Long Beach; and DOES 1-10<br><br>Defendant(s) | CASE NUMBER:<br>2:18-cv-10167<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Vladimir Tsipursky and Inna Tsipursky
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Vladimir Tsipursky | Plaintiff |
| Inna Tsipursky | Plaintiff |
| City of Long Beach | Defendant |

December 06, 2018                              /s/ Hang D. le
Date                                           Signature

Attorney of record for (or name of party appearing in pro per):

Vladimir Tsipursky and Inna Tsipursky