# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR TSIPURSKY, individually, and INNA TSIPURSKY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 18-10167-GW-SSx<br><br>*Honorable George H. Wu*<br>*Hon. Mag. Judge Suzanne H. Segal*<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against CITY OF LONG BEACH is dismissed, with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). The Court retains jurisdiction to enforce the terms of the settlement. Each party shall bear their own costs and fees.

DATED: January 13, 2020

_____*George H. Wu*_____

HON. GEORGE H. WU,
United States District Judge